Commonwealth ex rel. Sukaly, Appellant, *v.* Maroney.

Submitted April 17, 1963. Before RHODES, P. J., ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ.

*Andrew Sukaly,* appellant, in propria persona.

*William Claney Smith,* Assistant District Attorney, and *Edward C. Boyle,* District Attorney, for appellee.

OPINION PER CURIAM, June 12, 1963:

The order of the court below dismissing petition for writ of habeas corpus is affirmed on the opinion of President Judge LANSBERRY of the 16th Judicial District, specially presiding, as reported in 30 Pa. D. & C. 2d 86.